UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MEREDITH OPERATIONS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BETTER MORTGAGE CORPORATION,<br><br>Defendant. | Case No.: |

### FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Meredith Operations Corporation ("Meredith"), through its undersigned counsel, certifies that:

Meredith is a wholly owned subsidiary of Meredith Holdings Corporation, which is a wholly owned subsidiary of Dotdash Media Inc., which is a wholly owned subsidiary of Dotdash Meredith, Inc., which is a wholly owned subsidiary of Ask Media Group, LLC, which is a wholly owned subsidiary of IAC Search & Media, Inc., which is a wholly owned subsidiary of IAC Search, LLC, which is a wholly owned subsidiary of IAC Group, LLC, which is a wholly owned subsidiary of IAC Inc. (f/k/a IAC/InterActiveCorp) ("IAC"), a publicly held corporation. IAC is not a subsidiary of any parent corporation and no publicly held corporation owns 10% or more of IAC's stock.

Meredith is an Iowa corporation with its principal place of business in Iowa, and is therefore a citizen of Iowa for the purposes of 28 U.S.C. § 1332(a)(1).

Dated: New York, New York         Respectfully submitted,
       March 6, 2023

2

/s/  Michael Margulies
Michael D. Margulies
Alex M. Bein
Carlton Fields, P.A.
405 Lexington Ave., 36th Fl.
New York, NY 10174
Tel: (212) 785-2577
mmargulies@carltonfields.com
abein@carltonfields.com

*Attorneys for Plaintiff, Meredith Operations Corporation.*