**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEREDITH OPERATIONS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BETTER MORTGAGE CORPORATION, <br><br> Defendant. | Case No. 23-cv-01902-JGK <br><br> **STIPULATION EXTENDING DEFENDANTS TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Meredith Operations Corporation, and Defendant, Better Mortgage Corporation ("Defendant"), that the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint that was filed on March 6, 2023, is extended to and including April 17, 2023.

Dated: March 21, 2023

**LIPPES MATHIAS LLP**

*/s/ Richard M. Scherer, Jr.*
Richard M. Scherer, Jr.
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: rscherer@lippes.com

*Attorneys for Defendant Better Mortgage Corporation*

Dated: March 21, 2023

**CARLTON FIELDS, P.A.**

*/s/ Michael D. Margulies*
Michael D. Margulies
Alex M. Bein
Chrysler Building
405 Lexington Avenue, 36th Floor
New York, NY 10174-0002
P: (212) 430-5500
F: (212) 430-5501
E: mmargulies@carltonfields.com

*Attorneys for Plaintiff Meredith Operations Corporation*

**SO ORDERED:**

_____
Hon. John G. Koeltl, U.S.D.J.