UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEREDITH OPERATIONS CORPORATION,

            Plaintiff,

- against -

BETTER MORTGAGE CORPORATION,

            Defendant.

23-cv-1902 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 2, 2023.**

SO ORDERED.

Dated:    New York, New York
            April 18, 2023

                                      John G. Koeltl
                             United States District Judge