UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEREDITH OPERATIONS CORPORATION,
                 Plaintiff(s)

           23 civ 1902 (JGK)

     -against-

BETTER MORTGAGE CORPORATION,
                 Defendant(s).
------------------------------------------------------------X

## ORDER

    A scheduling order having been entered on April 27, 2023,

    The conference scheduled for July 25, 2023, at 4:30pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 18, 2023