

ATTORNEYS AT LAW

**Chrysler Building**
405 Lexington Avenue | 36th Floor
New York, New York 10174-0002
212.785.2577 | fax 212.785.5203
www.carltonfields.com

Atlanta
Hartford
Los Angeles
Miami
**New York**
New Jersey
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Michael D. Margulies
Shareholder
212.430.5511 Direct Dial
mmargulies@carltonfields.com

July 25, 2023

**VIA ECF**
The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Meredith Operations Corp., v. Better Mortgage Corp.*,
     **No. 1:23-cv-01902-JGK**

Dear Judge Koeltl,

We are counsel for Plaintiff, Meredith Operations Corp. and write on behalf of all parties, pursuant to the April 27, 2023 Civil Scheduling Order and Rule 26(f) Report and Rule IV.B.6 of Your Honor's Individual Practices, to inform the Court that the parties do not consent to the reference to a magistrate judge.

Respectfully,

Michael D. Margulies

cc: Counsel of Record (via ECF)