UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEREDITH OPERATIONS CORPORATION,<br><br>      Plaintiff,<br><br>vs.<br><br>BETTER MORTGAGE CORPORATION,<br><br>      Defendant. | Case No.: 23-cv-01902-JGK |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective undersigned counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedures 41(a)(1)(A)(ii).

Dated: New York, New York
       September 28, 2023

| | |
|---|---|
| Michael D. Margulies<br>Carlton Fields, P.A.<br>405 Lexington Ave., 36th Fl.<br>New York, NY 10174<br>Tel: (212) 785-2577<br>mmargulies@carltonfields.com<br>*Attorneys for Plaintiff, Meredith Operations Corporation* | Richard M. Scherer, Jr.<br>Lippes Mathias LLP<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14702<br>Tel: (716) 853-5100<br>rscherer@lippes.com<br>*Attorneys for Defendant, Better Mortgage Corporation* |